

# NUMBER 13-21-00052-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

BULMARO H. BENAVIDES,                                              Appellant,

v.

LONE STAR NATIONAL BANK,                                          Appellee.

---

**On appeal from the 398th District Court
of Hidalgo County, Texas.**

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Memorandum Opinion by Justice Tijerina**

Appellant Bulmaro H. Benavides perfected an appeal on February 17, 2021. On March 25, 2022, appellant filed an unopposed motion to dismiss the appeal in accordance with a settlement agreement with appellee Lone Star National Bank. The motion states that the parties have reached a settlement agreement for resolution of the issues which form the subject matter of this appeal and that as part of the agreement, appellant has

agreed to voluntarily dismiss the appeal.

The Court, having considered the documents on file and the unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's unopposed motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Any pending motions are dismissed as moot. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Delivered and filed on the
7th day of April, 2022.

2